UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ORALIE B. HAWKINS                                                    CIVIL ACTION

VERSUS                                                               NUMBER  09-7460

MICHAEL J. ASTRUE,                                                   SECTION  "S" (3)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the Petition for Attorney's Fees [Doc. #23] is GRANTED IN PART, in that the Commissioner be ordered to pay attorney's fees in the amount of $4,000.00 (25 hours at $160.00 per hour).

New Orleans, Louisiana, this   14th   day      December     , 2010.


                                                    UNITED STATES DISTRICT JUDGE